IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Joe Clyde Weinant<br>SSN:  XXX-XX-9933<br><br>Debtor. | Case No. 23-15585 MER<br><br>Chapter 7 |

### JUDGMENT

Pursuant to and in accordance with the Order entered by the Honorable Michael E. Romero, United States Bankruptcy Judge, on March 5, 2025,

IT IS ORDERED AND ADJUDGED as follows:

(a) The Trustee shall be entitled to immediate possession of the real property titled to Debtor Joe Clyde Weinant known as 15405 Frying Pan Road, Basalt, Colorado 81621 (the "Property"); and

(b) The Trustee may seek enforcement of the Judgment against the Debtor and the Property under applicable law, including without limitation, a writ of possession or other remedy to obain possession of the Property.

Dated: March 5, 2025

FOR THE COURT:
KENNETH S. GARDNER, CLERK

_____
Deputy Clerk

APPROVED AS TO FORM:

_____
Michael E. Romero, Judge